

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rocky Lee Ellinger, Appellant

No. 06-14-00205-CR       v.

The State of Texas, Appellee

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. F14503). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of attorney fees incurred during the revocation proceeding from the judgment, leaving only the $300.00 in attorney fees that were assessed as part of appellant's original plea agreement. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Rocky Lee Ellinger, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 21, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk